IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| **STEPHEN P. FORTUNE** : | **CIVIL ACTION NO. 1:11-CV-823** |
| : | |
| Plaintiff : | **(Chief Judge Kane)** |
| : | **(Magistrate Judge Blewitt)** |
| v. : | |
| : | |
| **DOMESTIC RELATIONS YORK** : | |
| **COUNTY, et al.** : | |
| : | |
| Defendants : | |

## O R D E R

Before the Court in the above-captioned action is a May 16, 2011 Report of the Magistrate Judge. No timely objections have been filed.

**AND NOW**, upon review of the record and the applicable law, **IT IS HEREBY ORDERED THAT:**

1) The Court adopts the Report and Recommendation of Magistrate Judge Blewitt.

2) The Plaintiff's application to proceed *in forma pauperis* (Doc. No. 2) is **GRANTED**.

3) The Plaintiff's Complaint (Doc. No. 1) is **DISMISSED** with prejudice against all five (5) Defendants pursuant to 28 U.S.C. § 1915(e).

4) The Clerk of Court shall close the file.

*S/ Yvette Kane*
YVETTE KANE, Chief Judge
United States District Court
Middle District of Pennsylvania

Dated: June 6, 2011